DJW/sr

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MANUEL WASHINGTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 07-2301-JAR |
| v. | ) |
| | ) |
| **HOULIHAN'S RESTAURANTS** | ) |
| **INCORPORATED,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE AND ORDER TO SHOW CAUSE

TO THE PLAINTIFF MANUEL WASHINGTON:

The Court's January 11, 2008 Scheduling Order (doc. 10, ¶4(b)) set this case for a final pretrial conference before the undersigned Magistrate Judge on June 27, 2008 at 10:00 a.m. Pursuant to Fed. R. Civ. P. 16(e), counsel and all unrepresented parties were required to attend the pretrial conference. The Scheduling Order further required that the parties prepare one, joint proposed final pretrial order and submit it to the Judge prior to the pretrial conference. The proposed pretrial order was to be completed by both parties and signed by all counsel and all unrepresented parties.

Plaintiff Manuel Washington failed to appear at the June 27, 2008 final pretrial conference. Plaintiff also failed to participate in completing his portions of the proposed pretrial order submitted by Defendant.

**IT IS THEREFORE ORDERED** that Plaintiff Manuel Washington is required to show cause in writing to United States District Judge Julie A. Robinson, **by July 17, 2008**, why this case should not be dismissed with prejudice due to his failure to appear at the June 27, 2008 final pretrial conference and his failure to participate in the preparation of the proposed pretrial order.

The Clerk of this Court is directed to forward a copy of this order to counsel of record by regular mail, and to Plaintiff Manuel Washington **by regular mail and certified mail, return receipt requested.**

**IT IS SO ORDERED**.

Dated in Kansas City, Kansas on this 27th day of June 2008.

s/ David J. Waxse
David J. Waxse
U.S. Magistrate Judge

cc:     All counsel and *pro se* parties